IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                No. CR S-06-MJ-189 KJM

    vs.

DONNY EASTERLING,

    Defendant.                              ORDER

_____/

        This matter was on calendar on September 11, 2008 for an initial appearance on petition to revoke probation. Defendant was represented by Michael Petrik, Esq.; the government was represented by Richard Shoemaker-Moyle, CLS. Defendant moved to dismiss the violation petition for lack of jurisdiction.

        Defendant's written motion to dismiss is due by September 19, 2008 and the government's opposition is due by October 3, 2008. The matter is set for argument on October 9, 2008 at 10:00 a.m. in Courtroom Twenty-Six.

        IT IS SO ORDERED.

DATED: September 11, 2008.

2/east0189.ord

U.S. MAGISTRATE JUDGE