McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
RICHARD SHOEMAKER-MOYLE
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Mag. No. 06-189-KJM |
|               ) | |
|        Plaintiff,          ) | GOVERNMENT'S MOTION TO DISMISS |
|               ) | PETITION TO REVOKE PROBATION AND |
|     v.          ) | ORDER |
|               ) | |
|               ) | |
| DONNY EASTERLING,          ) | DATE:  October 9, 2008 |
|               ) | TIME:  10:00 a.m. |
|        Defendant.          ) | JUDGE: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Government's Petition to Revoke Probation.

Dated: October 3, 2008                    McGREGOR SCOTT
                                          United States Attorney


                                          By: /s/ S. Robert Tice-Raskin
                                              S. ROBERT TICE-RASKIN
                                              Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED:

DATED:  October 7, 2008.

_____
U.S. MAGISTRATE JUDGE